UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ALEX HARDY,**<br>**Individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**LEHIGH HANSON SERVICES, LLC,**<br><br>**Defendant.** | Case No. 4:23-cv-02662<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant HM US Services LLC, by and through its attorneys, states that as a non-governmental corporate party, it is a corporation whose shares are not publicly traded. Heidelberg Materials US, Inc. is the sole member of HM US Services LLC. Further, no publicly held corporation owns 10% or more of HM US Services LLC's stock.

- 2 -

| | |
|---|---|
| Dated: August 14, 2023 | /s/ Paulo B. McKeeby |

Paulo B. McKeeby
(Attorney-in-Charge)
TX State Bar No. 00784571
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, TX  75201
Tel:     469-680-4200
Fax:     469-680-4299
pmckeeby@reedsmith.com

**ATTORNEYS FOR DEFENDANT**

OF COUNSEL

Joseph J. Mammone, Jr.
TX State Bar No. 24002131
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, TX  75201
Tel:     469-680-4200
Fax:     469-680-4299
jmammone@reedsmith.com


Keely D. Pippin
TX State Bar No. 24116306
**REED SMITH LLP**
1221 McKinney Street, Suite 2100
Houston, TX 77010
Tel:     713-469-3800
Fax:     713-469-3899
kpippin@reedsmith.com

- 3 -

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record via the Court's CM/ECF System on this 14th day of August, 2023, as follows:

Clif Alexander
Austin W. Anderson
Lauren E. Braddy
Carter T. Hastings
101 N. Shoreline, Suite 610
Corpus Christi, Texas 78401
clif@a2xlaw.com
austin@a2xlaw.com
lauren@a2xlaw.com
carter@a2xlaw.com

               */s/ Paulo B. McKeeby*
               Paulo B. McKeeby